In the Matter of the Estate of ABRAHAM XX., Deceased. KATH-LEEN XX., as Administrator of the Estate of ABRAHAM XX., Deceased, Appellant; STATE OF NEW YORK, Respondent.

Submitted March 12, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GRAFFEO taking no part.

---

MITCHELL BENESOWITZ, Appellant, v METROPOLITAN LIFE INSUR-ANCE COMPANY et al., Respondents.

Submitted April 30, 2007; decided May 3, 2007

Motion by the Life Insurance Council of New York, Inc. for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed.

---

MITCHELL BENESOWITZ, Appellant, v METROPOLITAN LIFE INSUR-ANCE COMPANY et al., Respondents.

Submitted April 30, 2007; decided May 3, 2007

Motion by American Council of Life Insurers et al. for leave to appear amici curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.